COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| DECEMBER NINE COMPANY, LTD., D/B/A PEOPLECARE, | § | |
| Appellant, | § | No. 08-10-00341-CV |
| v. | § | Appeal from the |
| | § | 205th Judicial District Court |
| MARJORIE HERNANDEZ, INDIVIDUALLY, AS SURVIVING MOTHER OF LORRAINE LOPEZ, DECEASED, AND ON BEHALF OF THE ESTATE OF LORRAINE LOPEZ, | § | of El Paso County, Texas |
| | § | (TC# 2008-3358) |
| | § | |
| Appellee. | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion for voluntary dismissal of this appeal.

*See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of

appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

April 13, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.